Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edward J. McCutchen, Mr. Charles Page* and *Mr. Samuel Knight* for petitioner. No appearance for respondent.

---

No. 703. C. L. VAN SICE, PETITIONER, *v.* THE IBEX MINING COMPANY. January 3, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edwin H. Park* and *Mr. Samuel Herrick* for petitioner. *Mr. Charles J. Hughes, Jr.,* and *Mr. Charles Cavender* for respondent.

---

No. 698. ABRAHAM ACORD ET AL., PETITIONERS, *v.* WESTERN POCAHONTAS CORPORATION. January 3, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Arthur English* for petitioners. *Mr. J. L. Bumgardner* and *Mr. F. B. Enslow* for respondent.

---

No. 709. CHARLES E. DAVIS, PETITIONER, *v.* THE UNITED STATES. January 3, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jackson H. Ralston* and *Mr. Joel Branham* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 711. PEALE, PEACOCK & KERR OF NEW YORK, PETITIONER, *v.* JOHN M. GRAHAM. January 3, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals